UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| BOBBY E. MONK | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:20-267-JRG-CRW |
| | ) | |
| LCS FINANCIAL SERVICES | ) | Jury Trial Demanded |
| CORPORATION and | ) | |
| GARNER & CONNER, PLLC, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Bobby E. Monk ("Plaintiff"), and his attorney, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby stipulate and agree to the dismissal, with prejudice, of each claim and count therein asserted by Plaintiff against the Defendants in the above-styled action, and that the above-entitled action against the Defendants shall be and hereby is dismissed with prejudice.

02/25/21                           Respectfully submitted,

**BOBBY E. MONK**


s/      Alan C. Lee
Alan C. Lee, BPR # 012700
P. O. Box 1357
Talbott, TN 37877-1357
(423) 581-0924
aleeattorney@gmail.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

       I hereby certify that this 25th day of February 2021, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. The parties listed below were served by first-class U.S. mail, postage prepaid, and/or electronic mail.

                                              s/ Alan C. Lee
                                              Alan C. Lee, Attorney for Plaintiff

LCS Financial Services Corporation and
Garner & Conner, PLLC
c/o Kara Fitzpatrick
Garner & Conner, PLLC
PO Box 5059
Maryville, TN 37802-5059
kfitzpatrick@garnerconner.com